UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR I. LOZA,<br><br>              Petitioner,<br><br>     v.<br><br>A. HEDGEPETH, Warden,<br><br>              Respondent. | Case No. SACV 08-958 AHM (JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and petitioner's objections to the Report and Recommendation ("Objections").  The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.  The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.[1]

---

[1] To the extent petitioner asks the Court to consider new evidence and arguments presented for the first time in the Objections, this Court, in an exercise of discretion, declines to
(continued...)

1   IT IS HEREBY ORDERED that Judgment be entered denying the Petition
2 and dismissing this action with prejudice.
3   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
4 Report and Recommendation, and the Judgment herein on petitioner and counsel
5 for respondent.
6   LET JUDGMENT BE ENTERED ACCORDINGLY.

8   DATED: October 4, 2012

         _____
         HONORABLE A. HOWARD MATZ
         SENIOR UNITED STATES DISTRICT JUDGE

---

[1](...continued)
consider such matters. See United States v. Howell, 231 F.3d 615, 621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001).