JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CESAR I. LOZA, | ) | Case No. SACV 08-958 AHM (JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| A. HEDGEPETH, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:   October 4, 2012

_____
HONORABLE A. HOWARD MATZ
SENIOR UNITED STATES DISTRICT JUDGE

**JS-6**